Member of New Jersey, New York, and California Bars

**THE ALLEN LAW FIRM, LLC**
**Maribel J. Allen, Esquire**
292 Livingston Avenue
New Brunswick, New Jersey 08901
Telephone: (732) 231-5500 and (732) 887-5739
Facsimile: (732) 860-9800
www.theallenlawfirmnj.com

**Email**: MaribelJAllenESQ@gmail.com
maribeljallen@theallenlawfirmnj.com

November 1, 2026

***VIA ECF***

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

**RE:** ***Alves Da Silva v. Blanche*, No. 2:26-cv-13250-CCC**
**Request for Voluntary Dismissal and Closure of Matter**

Dear Judge Cecchi:

This office represents Petitioner, Rildo Alves Da Silva, in the above-captioned 28 U.S.C. § 2241 petition for a writ of habeas corpus.

We write in response to Respondents' letter dated October 16, 2026 (ECF No. 5), which informed the Court that the Elizabeth Immigration Court's scheduled a bond hearing for October 22, 2026. That bond hearing proceeded on October 22, 2026, and the IJ denied Petitioner's bond -see Exhibit 1.

Following the immigration court's custody redetermination, Petitioner no longer wishes to pursue the instant habeas corpus petition. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner respectfully requests that this Court enters an order voluntarily dismissing the petition without prejudice and directing the Clerk of Court to close this case.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

**THE ALLEN LAW FIRM, LLC**
/s/ *Maribel J. Allen*

**BY: MARIBEL J. ALLEN, ESQUIRE**
**Counsel for *Petitioner***

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/2/2026